```
 1 | THOMAS P. O'BRIEN
   | United States Attorney
 2 | GEORGE S. CARDONA
   | Chief Assistant United States Attorney
 3 | CHRISTINE C. EWELL
   | Assistant United States Attorney
 4 | Chief, Criminal Division
   | ROBB C. ADKINS
 5 | Assistant United States Attorney
   | Chief, Santa Ana Branch Office (CA 194576)
 6 |     United States Courthouse
   |     411 West Fourth Street, Suite 8000
 7 |     Santa Ana, California 92701
   |     Telephone: (714) 338-3593
 8 |     Facsimile: (714) 338-3708
   |     E-mail:    Robb.Adkins@usdoj.gov
 9 |
   | Attorneys for Plaintiff
10 | United States of America
```

Priority  X
Send      X
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,         v.    HENRY SAMUELI,            Defendant. | SA CR No. 08-156-CJC   STIPULATION TO CONTINUE SENTENCING FOR DEFENDANT; ORDER THEREON  OLD SENTENCING DATE:    August 3, 2009 NEW SENTENCING DATE:    April 5, 2010 at 9:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Dr. Henry Samueli, by and through his attorney of record, Gordon A. Greenberg, as follows:

 1.   At a hearing on October 14, 2008, the Court continued the date for defendant's sentencing in this matter to August 3, 2009.

2. Due to the ongoing appeal in this matter and the Court's stated intent to sentence defendant after conclusion of the trial in <u>United States v. Nicholas and Ruehle,</u> SA CR 08-139-CJC, which has been severed and set for trial on October 20, 2009 and February 9, 2010, the parties stipulate that the sentencing date for defendant be continued to April 5, 2010 at 9:00 a.m. Defendant is currently free on bond.

IT IS SO STIPULATED.

DATED: July 22, 2009

THOMAS P. O'BRIEN
United States Attorney

*/s/ Robb C. Adkins*

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch Office
Attorneys for Plaintiff
United States of America

DATED: July 22, 2009

*/s/ Gordon A. Greenberg*

GORDON A. GREENBERG, ESQ.
Attorney for Defendant
Dr. Henry Samueli

**IT IS SO ORDERED**

Dated July 29, 2009

_____
United States District Judge

2